NANCY E. MILLER, SBN 120031
REEVES MILLER ZHANG & DIZA
2 North Lake Avenue, Suite 950
Pasadena, California 91101-1871
Tel: (626) 795-6777
Fax: (626) 795-6999
nmiller@rreeves.com

JS-6

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YAO ZHAO<br>A078 833 114<br><br>            Plaintiff,<br>     v.<br><br>LEON RODRIGUEZ, Director, United States Citizenship And Immigration Services ("USCIS"); DONALD NEUFELD Associate Director, Service Center Operations of USCIS; SUSAN M. CURDA, District Director of the Los Angeles Field Office; THE USCIS; JEH JOHNSON, Secretary of Homeland Security; and ALEJANDRO MAYORKAS, Deputy Secretary of Homeland Security;<br><br>            Defendants. | Case No.: 2:15-cv-02578-JFW-PJW<br><br>ORDER RE: STIPULATION TO DISMISS |

It is hereby ordered that the parties' stipulation to dismiss is granted.

Dated:     September 8, 2016          _____
                                                              **John F. Walter**
                                                              UNITED STATES DISTRICT JUDGE

1